McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-100-MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LUIS ARMANDO RIOS GARCIA, | DATE: June 6, 2019 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on June 6, 2019.

2. On May 9, 2019, this case was ordered related to the existing matter of *United States v. LNU*, *et al.*, Case No. 2:18-CR-164-MCE, and assigned to the Honorable Judge Morrison C. England, Jr. That existing matter is set for a status conference on August 22, 2019. Luis Armando Rios-Garcia is a defendant in both matters.

3. By this stipulation, counsel for the United States and counsel for defendant Luis Armando Rios-Garcia move to continue the status conference in this matter until August 22, 2019, to bring it into synchronous schedule with the related matter, thereby conserving judicial resources, and to exclude time between June 6, 2019, and August 22, 2019, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that it has produced discovery in the related matter, and is in the process of producing additional discovery in this matter, in the form of

STIPULATION TO CONTINUE STATUS AND EXCLUDE
TIME; [PROPOSED] FINDINGS AND ORDER

1

investigative reports and photographs, as well as video files, including post-arrest interviews, which the defendant will need time to review, discuss with his counsel, and pursue investigation.

  b) Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2019 to August 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: June 4, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ *James R. Conolly*<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: June 4, 2019 | /s/ *Peter Kmeto*<br>PETER KMETO<br>Counsel for Defendant<br>Luis Armando Rios-Garcia |

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 22, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the June 6, 2019 status conference shall be continued until August 22, 2019, at 10:00 a.m.

DATED: June 5, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE