McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ARMANDO RIOS GARCIA,<br><br>Defendant. | CASE NO. 1:19-CR-100-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: August 22, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on August 22, 2019.

2. On May 9, 2019, this case was ordered related to the existing matter of *United States v. LNU, et al.*, Case No. 2:18-CR-164-MCE, and assigned to the Honorable Judge Morrison C. England, Jr. That existing matter is set for a status conference on October 24, 2019. Luis Armando Rios-Garcia is a defendant in both matters.

3. By this stipulation, counsel for the United States and counsel for defendant Luis Armando Rios-Garcia move to continue the status conference in this matter until October 24, 2019, to bring it into synchronous schedule with the related matter, thereby conserving judicial resources, and to exclude time between August 22, 2019, and October 24, 2019, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that it has produced discovery in the related matter, and has produced additional discovery in this matter, in the form of investigative reports

STIPULATION TO CONTINUE STATUS AND EXCLUDE
TIME; ORDER

1

and photographs, as well as video files, including post-arrest interviews, which the defendant will need time to review, discuss with his counsel, and pursue investigation.

  b) Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2019 to October 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 21, 2019        McGREGOR W. SCOTT
                  United States Attorney

                  /s/ *James R. Conolly*
                  JAMES R. CONOLLY
                  Assistant United States Attorney

Dated: August 21, 2019         /s/ *Peter Kmeto*
                  PETER KMETO
                  Counsel for Defendant
                  Luis Armando Rios-Garcia

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including October 24, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the August 22, 2019 status conference shall be continued until October 24, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 21, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE