McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>v.<br>LNU (aka FRANCISCO LOYA-SOLARZANO, aka "Uncle," aka "Pancho")<br>ELIAS HERNANDEZ VALENCIA (aka "Pistola")<br>FILIBERTO MADRIGAL (aka "Fily")<br>LUIS ARMANDO RIOS GARCIA (aka "Pee Wee")<br>GEORGINA CARRILLO AYALA<br>HECTOR GOMEZ-GARCIA<br>JOSE FRANCISCO BUENAVIDA (aka "Canas")<br>ENRIQUE BUENAVIDA<br>JOSE ANTONIO PANTOJA ESTRADA<br>KELLY DUANE HUGHES<br>JERRY CURTIS FOSTER<br>BART RICHARD HUGHES<br>JOSE MANUEL RODRIGUEZ (aka "Manny")<br>ROBERTO MERCADO-RANGEL,<br>               Defendants. | CASE NO. 2:18-CR-164-MCE<br><br>[AMENDED] STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 24, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>v.<br>LUIS ARMANDO RIOS GARCIA<br>               Defendant. | CASE NO. 1:19-CR-100-MCE<br><br>[AMENDED] STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 24, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

[AMENDED] STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT

1

**STIPULATION**

1. By previous orders, the related matters, both captioned above, were set for status conferences on October 24, 2019.

2. By this stipulation, the following defendants now move to continue the status conferences in both matters until January 9, 2020, and to exclude time between October 24, 2019, and January 9, 2020, under Local Code T4,

    a) ELIAS HERNANDEZ VALENCIA (aka "Pistola")
    b) FILIBERTO MADRIGAL (aka "Fily")
    c) LUIS ARMANDO RIOS GARCIA (aka "Pee Wee")
    d) GEORGINA CARRILLO AYALA
    e) JOSE ANTONIO PANTOJA ESTRADA
    f) JOSE MANUEL RODRIGUEZ (aka "Manny")
    g) ROBERTO MERCADO-RANGEL.

3. These parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes seven compact discs, containing over 400 pages of investigative reports, surveillance photographs, surveillance video, and T-III wiretap transcripts. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to continue to review discovery, conduct investigation, communicate with the government and their respective clients, discuss possible resolutions, and prepare for trial. The continuance is necessary to ensure continuity of counsel and for defense preparation.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

  f) As to both cases, for the purpose of computing time for these defendants under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2019 to January 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. In regard to the defendant JOSE FRANCISCO BUENAVIDA (aka "Canas"), the government and counsel for this defendant agree and stipulate, and ask that the Court find, that the defendant's whereabouts are currently unknown, despite the exercise of due diligence. The parties therefore ask that the Court find that for the purposes of computing time for this defendant under the Speedy Trial Act, within which trial must commence, the time period of October 24, 2019 to January 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(3)(A) & (B) [Local Code M].

5. The defendant BART RICHARD HUGHES does not join this stipulation and instead will appear on the Court's October 24, 2019 calendar for a change of plea hearing.

6. The defendants KELLY DUANE HUGHES and JERRY CURTIS FOSTER have entered guilty pleas in this matter and been sentenced. The remaining defendants not mentioned in this stipulation have not yet appeared in this matter.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

Dated: October 22, 2019    McGREGOR W. SCOTT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

[*Signatures continued on following page*]

| | |
|---|---|
| Dated: October 22, 2019 | /s/ HAYES GABLE III |
| | HAYES GABLE III |
| | Counsel for Defendant |
| | ELIAS HERNANDEZ VALENCIA |
| Dated: October 22, 2019 | /s/ TONI WHITE |
| | TONI WHITE |
| | Counsel for Defendant |
| | FILIBERTO MADRIGAL |
| Dated: October 22, 2019 | /s/ PETER KMETO |
| | PETER KMETO |
| | Counsel for Defendant |
| | LUIS ARMANDO RIOS GARCIA |
| Dated: October 22, 2019 | /s/ TASHA PARIS CHALFANT |
| | TASHA PARIS CHALFANT |
| | Counsel for Defendant |
| | GEORGINA CARRILLO AYALA |
| Dated: October 22, 2019 | /s/ OLAF HEDBERG |
| | OLAF HEDBERG |
| | Counsel for Defendant |
| | JOSE FRANCISCO BUENAVIDA |
| Dated: October 22, 2019 | /s/ DINA SANTOS |
| | DINA SANTOS |
| | Counsel for Defendant |
| | JOSE PANTOJA ESTRADA |
| Dated: October 22, 2019 | /s/ ALIN CINTEAN |
| | ALIN CINTEAN |
| | Counsel for Defendant |
| | BART RICHARD HUGHES |
| Dated: October 22, 2019 | /s/ DAVID D. FISCHER |
| | DAVID D. FISCHER |
| | Counsel for Defendant |
| | JOSE RODRIGUEZ |
| Dated: October 22, 2019 | /s/ CLEMENTE JIMENEZ |
| | CLEMENTE JIMENEZ |
| | Counsel for Defendant |
| | ROBERTO MERCADO RANGEL |

**ORDER**

IT IS SO ORDERED.

Dated: October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[AMENDED] STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT

4