| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>JAMES R. CONOLLY<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6<br>7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>　　v.<br>LNU (aka FRANCISCO LOYA-SOLARZANO, aka "Uncle," aka "Pancho")<br>ELIAS HERNANDEZ VALENCIA (aka "Pistola")<br>FILIBERTO MADRIGAL (aka "Fily")<br>LUIS ARMANDO RIOS GARCIA (aka "Pee Wee")<br>GEORGINA CARRILLO AYALA<br>HECTOR GOMEZ-GARCIA<br>JOSE FRANCISCO BUENAVIDA (aka "Canas")<br>ENRIQUE BUENAVIDA<br>JOSE ANTONIO PANTOJA ESTRADA<br>KELLY DUANE HUGHES<br>JERRY CURTIS FOSTER<br>BART RICHARD HUGHES<br>JOSE MANUEL RODRIGUEZ (aka "Manny")<br>ROBERTO MERCADO-RANGEL,<br>　　　　　　　　Defendants. | CASE NO. 2:18-CR-164-MCE<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 9, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>　　v.<br>LUIS ARMANDO RIOS GARCIA<br>　　　　　　　　Defendant. | CASE NO. 1:19-CR-100-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 9, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

# STIPULATION

1. By previous orders, the related matters, both captioned above, were set for status conferences on January 9, 2020.

2. By this stipulation, the following defendants now move to continue the status conferences in both matters until April 23, 2020, and to exclude time between January 9, 2020, and April 23, 2020, under Local Code T4,

    a) ELIAS HERNANDEZ VALENCIA (aka "Pistola")

    b) FILIBERTO MADRIGAL (aka "Fily")

    c) LUIS ARMANDO RIOS GARCIA (aka "Pee Wee")

    d) GEORGINA CARRILLO AYALA

    e) JOSE ANTONIO PANTOJA ESTRADA

    f) JOSE MANUEL RODRIGUEZ (aka "Manny")

    g) ROBERTO MERCADO-RANGEL.

3. These parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes seven compact discs, containing over 400 pages of investigative reports, surveillance photographs, surveillance video, and T-III wiretap transcripts. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to continue to review discovery, conduct investigation, communicate with the government and their respective clients, discuss possible resolutions, and prepare for trial. The continuance is necessary to ensure continuity of counsel and for defense preparation.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

  f) As to both cases, for the purpose of computing time for these defendants under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2020 to April 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. In regard to the defendant JOSE FRANCISCO BUENAVIDA (aka "Canas"), the government and counsel for this defendant agree and stipulate, and ask that the Court find, that the defendant's whereabouts are currently unknown, despite the exercise of due diligence. The parties therefore ask that the Court find that for the purposes of computing time for this defendant under the Speedy Trial Act, within which trial must commence, the time period of January 9, 2020 to April 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(3)(A) & (B) [Local Code M].

 5. The defendant BART RICHARD HUGHES does not join this stipulation and his case is set for sentencing on May 14, 2020.

 6. The defendants KELLY DUANE HUGHES and JERRY CURTIS FOSTER have entered guilty pleas in this matter and been sentenced. The remaining defendants not mentioned in this stipulation have not yet appeared in this matter.

 7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

Dated: January 15, 2020        McGREGOR W. SCOTT
                    United States Attorney

                    /s/ JAMES R. CONOLLY
                    JAMES R. CONOLLY
                    Assistant United States Attorney

[*Signatures continued on following page*]

| | |
|---|---|
| Dated: January 10, 2020 | /s/ HAYES GABLE III |
| | HAYES GABLE III |
| | Counsel for Defendant |
| | ELIAS HERNANDEZ VALENCIA |
| Dated: January 10, 2020 | /s/ TONI WHITE |
| | TONI WHITE |
| | Counsel for Defendant |
| | FILIBERTO MADRIGAL |
| Dated: January 10, 2020 | /s/ PETER KMETO |
| | PETER KMETO |
| | Counsel for Defendant |
| | LUIS ARMANDO RIOS GARCIA |
| Dated: January 10, 2020 | /s/ TASHA PARIS CHALFANT |
| | TASHA PARIS CHALFANT |
| | Counsel for Defendant |
| | GEORGINA CARRILLO AYALA |
| Dated: January 15, 2020 | /s/ OLAF HEDBERG |
| | OLAF HEDBERG |
| | Counsel for Defendant |
| | JOSE FRANCISCO BUENAVIDA |
| Dated: January 10, 2020 | /s/ DINA SANTOS |
| | DINA SANTOS |
| | Counsel for Defendant |
| | JOSE PANTOJA ESTRADA |
| Dated: January 10, 2020 | /s/ DAVID D. FISCHER |
| | DAVID D. FISCHER |
| | Counsel for Defendant |
| | JOSE RODRIGUEZ |
| Dated: January 10, 2020 | /s/ CLEMENTE JIMENEZ |
| | CLEMENTE JIMENEZ |
| | Counsel for Defendant |
| | ROBERTO MERCADO RANGEL |

**ORDER**

The Court adopts the stipulation of the parties as its order and excludes time as set forth above. In Case No. 1:19-CR-100-MCE, the matter was previously continued on the Court's own motion to April 9, 2020. ECF No. 17. That hearing is hereby VACATED and continued to April 23, 2020, as well.

IT IS SO ORDERED.

Dated: January 17, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE